IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

GLORIA LEPORS and MICHAEL LEPORS, )
)
      Plaintiffs, )
)
  v. ) **Case No.: 1:15-cv-00020**
)
NORTHSTAR LOCATION SERVICE, LLC, ) **Notice of Settlement**
)
      Defendant. )
)
)
)

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: May 26, 2015         BY: */s/ Amy L. Bennecoff Ginsburg*
                                                                     Amy L. Bennecoff Ginsburg, Esquire
                                                                   BPR # 28563
                                                                   Kimmel & Silverman, P.C.
                                                                   30 E. Butler Ave.
                                                                   Ambler, PA 19002
                                                                   Phone: (215) 540-8888
                                                                   Facsimile: (215) 540-8817
                                                                   Email: aginsburg@creditlaw.com
                                                                   Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 26th day of May, 2015, a true and correct copy of the foregoing pleading served via ECF to the below:

>Linda M. Leising, Esq.
>The Northstar Companies
>4285 Genesse Street
>Cheektowaga, NY 14225

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
BPR # 28563
Kimmel & Silverman, P.C.
30 E. Butler Ave.
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff
