IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GLORIA LEPORS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:15-cv-00020 |
| v. ) | Senior Judge Haynes |
| ) | |
| NORTHSTAR LOCATION SERVICE, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled. (Docket Entry No. 9).

This action is **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 28th day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge